**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DVISION**

| | | |
|---|---|---|
| MAURICE BROWN, for himself and on behalf of his minor child, AMIR BROWN | ) ) ) ) | Case No.: 21-CV-1397 |
| Plaintiffs, | ) ) | Honorable John Robert Blakey |
| v. | ) ) | Magistrate Judge Maria Valdez |
| CHICAGO POLICE DEPARTMENT et al., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:    Counsel of Record

**PLEASE TAKE NOTICE** that on August 5, 2021 the undersigned filed with the Clerk of this Court, **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS COUNT III OF PLAINTIFFS' SECOND AMENDED COMPLAINT**, service of which is being made upon you.

s/ Jaclyn N. Diaz
Jaclyn N. Diaz
ED FOX & ASSOCIATES
Attorneys for Plaintiffs
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877

**PROOF OF SERVICE**

I, Jaclyn N. Diaz, an attorney, under penalty of perjury, state that on August 5, 2021 service is being made in accordance with the General Order on Electronic Case Filing section XI.

s/ Jaclyn N. Diaz
Jaclyn N. Diaz

1